UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
AT CINCINNATI

| | |
|---|---|
| IN RE: | Case No. 19-13547 |
| MARTY AARON FLETCHER | Chapter 7 |
| Debtor. | Judge Beth A. Buchanan |
| | **TRUSTEE'S ABANDONMENT OF PROPERTY (PROPERTY LOCATED AT 1109 FORRER STREET, MIDDLETOWN, OH 45044)** |

On request of the secured creditor, Quicken Loans Inc., for abandonment by the Trustee of certain real estate described herein; and it appearing that there is no equity in the property described herein for the benefit of unsecured creditors, the Trustee does hereby abandon the following described property as an asset that is of inconsequential value to the estate; to wit:

See Attached Legal Description

FOR LEGAL DESCRIPTION, SEE EXHIBIT 'A' ATTACHED HERETO

/s/Eric Goering
Eric Goering, Trustee

**CERTIFICATE OF NO REQUEST FOR FURTHER NOTICE/NO OBJECTION**

    This is to certify that the undersigned has caused the docket to be checked following the first meeting of creditors and no additional notice requests have been filed before the conclusion of the 341 meeting, or, if one has been filed, additional notice has been provided to the party requesting same without timely objection.

/s/ Edward J. Boll III_____
Edward J. Boll III, Case Attorney
Ohio Supreme Court Reg. No. 0072982
Attorney(s) for Quicken Loans Inc.
LERNER, SAMPSON & ROTHFUSS
P.O. Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100
(513) 241-4094 Fax
(877) 661-7891 Toll Free Fax
Email: sohbk@lsrlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Trustee's Abandonment of the Property of the secured creditor, Quicken Loans Inc., was served electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and by ordinary U.S. Mail on December 10, 2019 addressed to:

Marty Aaron Fletcher
1109 Forrer Street
Middletown, OH 45044

          /s/ Edward J. Boll III
          Edward J. Boll III, Case Attorney
          Ohio Supreme Court Reg. No. 0072982
          Attorney(s) for Quicken Loans Inc.
          LERNER, SAMPSON & ROTHFUSS
          P.O. Box 5480
          Cincinnati, OH 45201-5480
          (513) 241-3100
          (513) 241-4094 Fax
          (877) 661-7891 Toll Free Fax
          Email: sohbk@lsrlaw.com