# Exhibit A

TRANSFERED
DATE: 07/21/10
CONVEYANCE: 6045
FEES: 237.00 MD 79,000.00
EXEMPT:
Roger Reynolds, CPA
This conveyance has been examined and the grantor has complied with section 319.202 of the revised code.

Type: OFFICIAL RECORDS
Recorded: 7/21/2010 11:24:03 AM
Fee Amt: $28.00 Page 1 of 2
Butler County, Ohio
Dan Crank COUNTY RECORDER
File# 2010-00028979
Book 8239 Page 1824

### PROPERTY APPRAISAL (TAX/APN) PARCEL IDENTIFICATION NUMBER

### GENERAL WARRANTY DEED

Archie Cheeseman, unmarried, hereinafter grantor, of **Butler County, Ohio**, for a valuable consideration paid, grants, with general warranty covenants to **Marty A. Fletcher**, hereinafter grantee, whose tax mailing address is **1109 Forrer Street, Middletown, Ohio 45044**, the following real property:

AMB

LOT NUMBER THIRTY-EIGHT (38) AS THE SAME IS KNOWN AND DESIGNATD ON THE RECORDED PLAT OF THE VILLAGE OF AMANDA, LEMON TOWNSHIP, BUTLER COUNTY, OHIO. RESERVING AND EXCEPTING THEREFROM FIFTEEN (15) FEET TO COME EVENLY OFF THE EAST SIDE OF SAID LOT, HERETOFORE SOLD TO GERALD TURNER, ET AL, BY DEED DATED NOVEMBER 18, 1953 AND RECORDED IN VOL. 572, PAGE 71 OF THE DEED RECORDS OF BUTLER COUNTY, OHIO.

PARCEL #C1730-076-000-055

AS MORE COMMONLY KNOWN: 1109 FORRER STREET, MIDDLETOWN, OHIO 45044.

The real property described above is conveyed subject to the following: All easements, covenants, conditions and restrictions of record; All legal highways; Zoning, building and other laws, ordinances and regulations; Real estate taxes and assessments not yet due and payable; Rights of tenants in possession.

TO HAVE AND TO HOLD the same together with all and singular the appurtenances thereunto belonging or in anywise appertaining, and all the estate, right, title interest, lien equity and claim whatsoever of the said grantor, either in law or equity, to the only proper use, benefit and behalf of the grantee forever.

Reviewed by ddg

Book 8239 Page 1825

Prior instrument reference: **Official Records Book 6998, Page 437**

Executed by the undersigned on July 20, 2010:

_____
Archie Cheeseman

STATE OF OHIO
COUNTY OF BUTLER

The foregoing instrument was acknowledged before me on July 20, 2010 by **Archie Cheeseman**, who is personally known to me or has produced Photo ID as identification, and furthermore, the aforementioned person has acknowledged that his/her signature was his/her free and voluntary act for the purposes set forth in this instrument.

DAVID M. BARNETT
Notary Public, State of Ohio
My Commission Expires April 1, 2012

Notary Public

This instrument prepared by:
Jay A. Rosenberg, Esq., Rosenberg LPA, Attorneys At Law, 7367A E. Kemper Road, Cincinnati, Ohio 45249 (513) 247-9605 Fax: (866) 611-0170